UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENETTE SIMMONS | : |
| VS. | :     NO. 3:02CV1908(JBA) |
| KNOWLEDGE LEARNING CORP., ET AL. | :     OCTOBER 31, 2003 |

## APPEARANCE

Please enter the appearance of KATRENA ENGSTROM , WILLIAMS AND PATTIS, LLC, , 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: kengstrom@johnrwilliams.com Federal Bar No. ct09444; on behalf of the plaintiff in this matter.

THE PLAINTIFF

BY _____
KATRENA ENGSTROM
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Attorney Wendi J. Kemp at McCarter English, CityPlace I, 36th Floor, 185 Asylum Street, Hartford, CT 06103-3495.

_____
KATRENA ENGSTROM