UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENETTE SIMMONS | : | |
| VS. | : | NO. 3:02CV1903(JBA) |
| KNOWLEDGE LEARNING CORP., ET AL. | : | OCTOBER 31, 2003 |

### PLAINTIFF'S NOTICE OF NO SETTLEMENT

Plaintiff's counsel has been unable to obtain fully executed settlement documents from her client in this matter. Plaintiff's counsel is notifying the Court of this problem.

Respectfully submitted:

_____
KATRENA ENGSTROM (ct09444)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494

### CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to:

Attorney Wendi J. Kemp,
McCarter English
185 Asylum St.
Hartford, CT 06103.

_____
KATRENA ENGSTROM