UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Continued Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303
November ~~18~~ 17, 2003

2:00 P.M.

CASE NO. <u>3:02CV1903</u> (MRK) <u>Simmons v. Knowledge Learning Corp., et al.</u>

Christy H. Doyle                                Denette Simmons
Katrena K. Engstrom
John R. Williams
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510
203-562-9931
203-776-9494 (fax)
cdoyle@johnrwilliams.com

Wendi J. Kemp                                   Knowledge Learning Corp.,
McCarter & English                              et al.
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495
860-275-6700

*Willie Simmons (father)*
*Donnette Simmons*
*Brian Simmons (brother)*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK