UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENETTE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02CV1903 (MRK) |
| v. | ) |
| | ) |
| KNOWLEDGE LEARNING CORP., et al. | ) |
| | ) |
| | ) |
| Defendant. | ) November 19, 2003 |

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Denette Simmons, and the Defendants, Knowledge Learning Corp. f/k/a Children's Discovery Centers of America, Inc., Jessica Stewart and Chrissy Wight, hereby stipulate that the Plaintiff's Amended Complaint, dated January 17, 2003, is dismissed with prejudice and without costs to any party.

THE PLAINTIFF,
DENETTE SIMMONS

By _____
John R. Williams (ct 00215)
Christy H. Doyle (ct 23458)
Williams and Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

THE DEFENDANTS,
KNOWLEDGE LEARNING CORP. et al.

By _____
Wendi J. Kamp (ct 11185)
McCarter & English
CityPlace I, 185 Asylum St.
Hartford, CT 06103
(860) 275-6700

HARTFORD: 600190.01