UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENETTA SIMMONS | : | |
| VS. | : | 3:02CV01903(MRK) |
| KNOWLEDGE LEARNING, ET AL | : | JULY 27, 2004 |

## MOTION FOR PERMISSION TO WITHDRAW

The undersigned respectfully requests permission to withdraw from the above- captioned complaint. In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

  /s/ Christy H. Doyle
Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
Her Attorney

ORAL ARGUMENT IS NOT REQUESTED

2

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day o July, 2004.

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239

Wendi J. Kemp
McCarter & English
Cityplace I
185 Asylum St.
36th Floor
Hartford, CT 06103-3495

                                                _____
                                                Christy H. Doyle